UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY V. REILLY, JR.,<br>    Plaintiff | :<br>:<br>:   Case No. 3:10-CV-1923 (VLB) |
| v. | :<br>:   June 23, 2011 |
| CARMEN GARCIA, ET AL.,<br>    Defendants | :<br>: |

### ORDER OF NOTICE THAT PLAINTIFF HAS NOT YET COMPLETED SERVICE

    The plaintiff filed a civil rights complaint on December 7, 2010.  On December 16, 2010, the Clerk mailed United States' Marshal 285 forms, Summons forms and Notice of Lawsuit and Waiver of Service of Summons forms to the plaintiff to be completed and returned to the court.  These forms are necessary to enable the United States Marshal to serve the amended complaint on the defendants in their individual and official capacities.  In addition, the plaintiff was to return two copies of the amended complaint for each defendant.  To date, the plaintiff has not contacted the court or returned the completed service forms or copies of the amended complaint.  As a result, the defendants have not yet been served with a copy of the amended complaint.

    Rule 4(m) of the Federal Rules of Civil Procedure provides that "if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the court . . . upon its own initiative after notice to the plaintiff, shall dismiss the case without prejudice . . . ."  Within twenty days of the date of this order, the plaintiff shall complete and return to the court the service

1

forms mailed to him on December 16, 2010 as well as six copies of the amended complaint and six copies of the order granting him leave to proceed *in forma pauperis* within twenty days of the date of this order.  Plaintiff is cautioned that failure to return the forms or copies of the amended complaint or *in forma pauperis* order in a timely manner to the Clerk of the United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT  06604, will result in the dismissal of this case without prejudice and without further notice from this court pursuant to Rule 4(m), Fed. R. Civ. P.

SO ORDERED in Hartford, Connecticut, this 23rd of June, 2011.

                                                                   /s/
                                                 Vanessa L. Bryant
                                                 United States District Judge